UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:20-cv-22760-KMM

ABDULLA MONTHER, and other similarly )
situated individuals, )
)
        Plaintiff(s), )
)
v. )
)
**ALKAFAWEEN FOOD STORE, INC** d/b/a )
Midway Food Market f/k/a S&M Grocery, Inc. )
f/k/a Alqurneh LLC; **ZAQU, INC.** d/b/a Midway )
Food Market f/k/a S&M Grocery, Inc. f/k/a )
Alqurneh LLC; **MAJED M. ALKAFAWEEN**; )
and **MOHAMMED ISSA ALQURNEH**, )
)
        Defendants. )
)

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

      Plaintiff, ABDULLA MONTHER, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice. The undersigned is unaware of any settlement that has been reached in this matter, or whether this case has otherwise been resolved.

Dated: September 1, 2020.                Respectfully submitted,

                                                         **Aron Smukler**
                                                         Aron Smukler, Esq. (FBN: 0297779)
                                                         E-mail: asmukler@saenzanderson.com
                                                         SAENZ & ANDERSON, PLLC
                                                         20900 NE 30th Avenue, Ste. 800
                                                         Aventura, Florida 33180
                                                         Telephone: (305) 503-5131
                                                         Facsimile: (888) 270-5549
                                                         *Counsel for Plaintiff(s)*